JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RONNEL JACKSON, | NO. ED CV 10-1600-CJC(E) |
| Plaintiff, | |
| v. | JUDGMENT |
| PRISON GUARD D. LUTHER, et al., | |
| Defendants. | |

IT IS ADJUDGED that the Third Amended Complaint and the action are dismissed without leave to amend and with prejudice.

DATED: July 20, 2011.

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE